```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KINGS PLAZA DENTAL, P.C., QUEENS DENTAL ASSOCIATES, P.C., ROOSEVELT FIELD MALL DENTAL PC, NEW HORIZON DENTAL PC, 42ND STREET DENTAL ASSOCIATES P.C., ATLANTIC TERMINAL DENTAL P.C., GALLERIA MALL DENTAL, PC, STATEN ISLAND MALL DENTAL P.C., WASHINGTON HEIGHTS DENTAL PRACTICE PC, PALISADES MALL DENTAL, LLP, and GALLERIA MALL DENTAL AT CRYSTAL RUN, PC,

Plaintiffs,

-against-

DENTAQUEST IPA OF NEW YORK, LLC,

Defendant.

1:25-cv-02421 -MKV

**ORDER GRANTING CONSENT EXTENSION OF TEMPORARY RESTRAINING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a Proposed Stipulation to Extend Plaintiffs' Temporary Restraining Order and reschedule the briefing and hearing schedule set by this Court's prior Order. [ECF No. 23]. This stipulation was filed jointly and on consent of the parties. [ECF No. 23]. Accordingly,

IT IS HEREBY ORDERED that the parties' joint request to extend the Temporary Restraining Order previously issued in this action, [ECF No. 17], is GRANTED. The Court finds that there is good cause to extend the Temporary Restraining Order previously ordered., and as such the Temporary Restraining Order [ECF No. 17] will be extended for a period of fourteen days from the date of this Order. *See* Fed. R. Civ. P. 65.

IT IS FURTHER ORDERED that any opposition from Defendant is due **on or before April 8, 2025**. As previously Ordered the Court will not entertain a reply.

IT IS FURTHER ORDERED that the hearing scheduled for April 8, 2025 at 10:00 a.m. is ADJOURNED *sine die*. The Court cannot accommodate a hearing on the dates proposed by the parties or an alternative date within the next fourteen days due to the limitations provided by the parties. As such the Court will not hold a hearing and will rule on the papers, unless prior to the expiration of the extended Temporary Restraining Order the parties request another extension which would allow time for a hearing.

**Failure to comply with this Court's Orders or deadlines, Individual Rules of Practice, Local Rules for the SDNY, or the FRCP may result in sanctions, including monetary penalties, denial of the relief sought, preclusion of information not provided, or preclusion and/or dismissal of claims or defenses.**

SO ORDERED.

Date: April 3, 2025  
New York, NY

_____  
MARY KAY VYSKOCIL  
United States District Judge